## Complaint Synopsis  2:23-mj-38-KFW

| | |
|---|---|
| **Name:** | Jennifer Scruggs |
| **Address: (City & State Only)** | Turner, Maine |
| **Year of Birth/Age:** | 1987/35 |
| **Violations:** | Counts One through Ten: False statement during acquisition of a firearm from a licensed firearm dealer.  18 U.S.C. § 922(a)(6). |
| **Penalties:** | Counts One through Ten: Imprisonment of not more than ten years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both.  18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3).<br><br>Counts One through Ten: Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Counts One through Ten: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts One through Ten: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Counts One through Ten: Three years less any term of imprisonment imposed upon revocation of supervised release.  18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | Julia G. Pitney, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | ATF/Task Force Officer Dominic Cloutier |
| **Detention Status:** | Pending arrest |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Sheila Sawyer |

| | |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |