# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER SCRUGGS | No. 2:23-mj-00038-KFW |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves (check all that apply):

   _____ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

   _____ Crime of violence

   _____ Maximum sentence life imprisonment or death

   _____ 10+ year drug offense

   _____ Felony, with two prior convictions in above categories

   __X__ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

   __X__ Serious risk defendant will flee

   _____ Serious risk obstruction of justice

2. Reasons for Detention:

   i. _____

      ii.    Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure (check one or both):

          __ X __    Defendant's appearance as required

          __ X __    Safety of any other person and the community

4. Date of Detention Hearing. The United States requests that the detention hearing be

held after a continuance of __3__ days.

5. Length of Detention Hearing. The United States will require __1/2__ hour to

present its case for detention.

Date: April 10, 2023                          Respectfully Submitted:

                                                      DARCIE N. MCELWEE
                                                      United States Attorney

                                                      */s/ Sheila W. Sawyer*

                                                      Sheila W. Sawyer
                                                      Assistant United States Attorney
                                                      U.S. Attorney's Office
                                                      100 Middle Street
                                                      Portland, Maine 04101
                                                      (207) 780-3257
                                                      Sheila.Sawyer@usdoj.gov